UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN THE MATTER OF:

Pietila Pools - Howell, Inc.,

          Bankruptcy Case No. 17-31712
          Honorable Daniel S. Opperman
          Chapter 7

          Debtor.
_____/

### TRUSTEE'S MOTION TO CONDUCT PUBLIC AUCTION SALE VIA ONLINE AUCTION OF PERSONAL PROPERTY FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES AND ALL LIENS AND ENCUMBRANCES ATTACHING TO THE PROCEEDS OF SALE PURSUANT TO 11 U.S.C. §363(f)

**NOW COMES** the trustee, Samuel D. Sweet, by and through his counsel, SAMUEL D. SWEET, PLC, and hereby states as follows:

1.     On July 26, 2017, Debtor herein filed a Voluntary Petition under Chapter 7 of the Bankruptcy Reform Act of 1978, as Amended, Title 11.

2.     Subsequent of the aforementioned bankruptcy filing, Samuel D. Sweet was appointed the duly qualified and acting trustee in this matter.

3.     The debtors' estate consists of certain personal property and the trustee wishes to sell such property at a public auction pursuant to 11 U.S.C. § 363(f).

4.     The personal property consists of various vehicles, equipment, tools, supplies, and other miscellaneous items (the "personal property"). See attached hereto as Exhibit "B" the Preliminary Auction Information.

5.     The Trustee is desirous to sell these items via auction sale on November 2, 2107 in an auction which would take place online and not at the location from 8 a.m. until 8 p.m. on said date.

6.     The auction items are located at the offices of Repocast.com, a Miedema Company, at 2851 James P. Cole Blvd, Flint, Michigan and will be accessible through www.1800lastbid.com on the internet.

7     The Trustee believes this creates the best overall opportunity for this estate to realize significant funds from the sale of assets in this matter.

8.      As a result of the foregoing, the Trustee requests authority to sell these items free and clear of liens, interests and encumbrances with liens, interests, and encumbrances transferring to the proceeds of sale pursuant to §363(f) of the Bankruptcy Code.

9.      As a result of the foregoing, the Trustee requests authority to sell these items through Miedema Auctioneering and utilizing an online auction.

**WHEREFORE**, the Trustee respectfully requests this Honorable Court to enter an Order allowing him to sell the personal property by public auction free and clear of any interests pursuant to 11 U.S.C. §363(f), with such interests transferring to the proceeds of sale, and grant the Trustee such other and further relief as this Court deems just and proper.

Respectfully submitted,

SAMUEL D. SWEET, PLC


_/s/ Samuel D. Sweet_____
By:      Samuel D. Sweet (P48668)
Attorneys for Trustee
P.O. Box 757
Ortonville, MI 48462-0757
(248) 236-0985
ssweet@trusteesweet.us

Dated: 10/3/2017

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - FLINT**

**IN THE MATTER OF:**

Pietila Pools - Howell, Inc.,

Bankruptcy Case No. 17-31712
Honorable Daniel S. Opperman
Chapter 7

Debtor.

_____/

### ORDER GRANTING TRUSTEE'S MOTION TO CONDUCT PUBLIC AUCTION SALE VIA ONLINE AUCTION OF PERSONAL PROPERTY FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES AND ALL LIENS AND ENCUMBRANCES ATTACHING TO THE PROCEEDS OF SALE PURSUANT TO 11 U.S.C. §363(f)

This matter having come before this Honorable Court based upon the Trustee's Motion to Conduct Public Auction Sale of Personal Property of the Estate Free and Clear of All Liens and Encumbrances with All Liens and Encumbrances Attaching to the Proceeds of Sale Pursuant to 11 U.S.C. § 363(f); no objections having been filed to the Trustee's Motion; or any filed objection having been resolved; notice having been provided properly, pursuant to Rule 2002 and 9014 of the Federal Rules of Bankruptcy Procedures; and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the Trustee is allowed to sell the Personal Property by public auction free and clear of any interests pursuant to 11 U.S.C. §363(f), with such interests transferring to the proceeds of sale which consists of various vehicles, equipment, tools, supplies, and other miscellaneous items.

**IT IS FURTHER ORDERED** that this sale shall be held via internet auction on November 2, 2017 from 8 a.m. until 8 p.m. by www.1800lastbid.com.

HONORABLE DANIEL S. OPPERMAN
UNITED STATES BANKRUPTCY JUDGE

 **Repocast.com**
A MIEDEMA COMPANY

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

### Auction Information

**Auction Code:** 1
**Auction Date:** 01/01/2020
**Auction Title:** Holding/Lot Storage - lots that have not been assigned an auction date

### Payout Information

**Sam Sweet Trustee**
P.O. Box 757
Ortonville, MI 48462

### Consignor Information

**Sam Sweet**
**Sam Sweet Trustee**
P.O. Box 757
Ortonville, MI 48462

CID:432595 /SID:NA
Phone: (248) 762-6495

### Open Lots

 **Lot 2-31163**
**1999 Ford E-350 super duty XLT**
**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

**Model:** E-350 super duty

**Year:** 1999
**Make:** Ford
**VIN#:** 1FBNE31LXXHB70383
**Trim:** XLT
**Number of Cylinders:** 8

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |

| | |
|---|---|
| Sales Total | $0.00 |
| Less Commission | $0.00 |
| Less Commission Fees | $0.00 |
| Less Liens | $0.00 |
| Less Expenses | $0.00 |
| **Statement Total** | **$0.00** |
| Payments Made | $0.00 |
| **Total Due** | **$0.00** |


601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

### Auction Information

**Auction Code:** 1
**Auction Date:** 01/01/2020
**Auction Title:** Holding/Lot Storage - lots that have not been assigned an auction date

### Payout Information

**Sam Sweet Trustee**
P.O. Box 757
Ortonville, MI 48462

### Consignor Information

**Sam Sweet**
**Sam Sweet Trustee**
P.O. Box 757
Ortonville, MI 48462

CID:432595 /SID:NA
Phone: (248) 762-6495

### Open Lots



**Lot 2-31164**
**2001 Ford E-350 super duty XLT**

Rear door latch broken

**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

**Model:** E-350 super duty
**Year:** 2001
**Make:** Ford
**VIN#:** 1FBNE31LX1HB62355
**Trim:** XLT
**Number of Cylinders:** 8

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |

| | |
|---|---|
| Sales Total | $0.00 |
| Less Commission | $0.00 |
| Less Commission Fees | $0.00 |
| Less Liens | $0.00 |
| Less Expenses | $0.00 |
| **Statement Total** | **$0.00** |
| Payments Made | $0.00 |
| **Total Due** | **$0.00** |

 **Repocast.com** ᴬ ᴹᴵᴳᴇᴍᴬ ᶜᴼᴹᴾᴬᴺʸ

**PRELIMINARY**

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

| Auction Information |
|---|
| **Auction Code:** 1 |
| **Auction Date:** 01/01/2020 |
| **Auction Title:** Holding/Lot Storage - lots that have not been assigned an auction date |

| Payout Information |
|---|

**Sam Sweet Trustee**
P.O. Box 757
Ortonville, MI 48462

| Consignor Information |
|---|

**Sam Sweet**
**Sam Sweet Trustee**
P.O. Box 757
Ortonville, MI 48462

CID:432595 /SID:NA
Phone: (248) 762-6495

| Open Lots |
|---|



**Lot 2-31165**
**2008 Ford Econoline van**

Dent in rear quarter interior shows wear (1) side door latch
is broken

**Selling Location:** 2851 James P Cole Blvd, Flint, MI
48505

**Model:** Econoline van
**Year:** 2008
**Make:** Ford
**VIN#:** 1FTNS24L58DA56844
**Number of Cylinders:** 6

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |

| | |
|---|---|
| Sales Total | $0.00 |
| Less Commission | $0.00 |
| Less Commission Fees | $0.00 |
| Less Liens | $0.00 |
| Less Expenses | $0.00 |
| **Statement Total** | **$0.00** |
| Payments Made | $0.00 |
| **Total Due** | **$0.00** |

 **Repocast.com**
A MECEMA COMPANY

601 Gordon Industrial Ct. SW
Byron Center, MI 49315
Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

### Payout Information

**Sam Sweet Trustee**
P.O. Box 757
Ortonville, MI 48462

### Auction Information

**Auction Code:** 1
**Auction Date:** 01/01/2020
**Auction Title:** Holding/Lot Storage - lots that have not been assigned an auction date

### Consignor Information

**Sam Sweet**
**Sam Sweet Trustee**
P.O. Box 757
Ortonville, MI 48462

CID:432595 /SID:NA
Phone: (248) 762-6495

---

## Open Lots



**Lot 2-19649**
**2008 Ford Explorer**

Interior shows wear front bumper has damages rust spots damage to rear bumper and quater panel headlight is loose, passengers side mirror broken

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |

**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

**Number of Cylinders:** 6
**Year:** 2008
**Model:** Explorer
**Make:** Ford
**Odometer Reading:** 203657
**Fuel Type:** Gas
**Drivetrain:** 4x4
**VIN#:** 1FMEU73E78UA62540
**Audio:** MP3, CD Player
**Rust:** Scattered
**Seats:** Leather, Power
**Dents:** Scattered
**Steering Noise:** Yes
**Keys Located:** Yes
**Transmission:** Automatic
**Cab/Bed/Tow:** Tow Package
**Doors:** 4 Door, Rear Hatch
**Airconditioning:** Yes
**Scratches:** Scattered
**Airbags:** Driver, Passenger
**Windshield Condition:** Cracked
**Suspension Noise:** Yes
**Engine Noise?:** Yes
**Current Dash Warnings:** Check Engine
**General Options:** Power Windows, Power Locks, Power Mirrors, Cruise Control, Temperature/Compass, Moonroof, Steering Wheel Controls, Tilt Steering, Traction Control


**Repocast.com**
A MIEDEMA COMPANY

601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

| Auction Information | |
| --- | --- |

**Auction Code:** 1
**Auction Date:** 01/01/2020
**Auction Title:** Holding/Lot Storage - lots that have not been assigned an auction date

| Payout Information | |
| --- | --- |

**Sam Sweet Trustee**
P.O. Box 757
Ortonville, MI 48462

| Consignor Information | |
| --- | --- |

**Sam Sweet**
**Sam Sweet Trustee**
P.O. Box 757
Ortonville, MI 48462

CID:432595 /SID:NA
Phone: (248) 762-6495

---

| Open Lots | |
| --- | --- |



**Lot 2-10706**
**Multiquip Whiteman towable cement mixer with Honda gas engine 2" trailer ball missing pull cord...**

Multiquip Whiteman towable cement mixer with Honda gas engine 2" trailer ball missing pull cord motor does turn

**Warehouse Location:** 35 (outside)
**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
| --- | --- |
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |



**Lot 2-12364**
**(1) Bosh hammer drill turbo 11235EVS includes case and bits**

(1) Bosh hammer drill turbo 11235EVS includes case and bits

**Warehouse Location:** 1C216B (inside)
**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
| --- | --- |
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |



**Lot 2-12365**
**(1) Topcon green label auto level model-AT-G6 includes case manuals and tripod stand**

(1) Topcon green label auto level model-AT-G6 includes case manuals and tripod stand

**Warehouse Location:** 1C202A (inside)
**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
| --- | --- |
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |



**Lot 2-12366**
**(1) Michigan Laser model-RL-60B with case and tripod stand**

(1) Michigan Laser model-RL-60B with case and tripod stand

**Warehouse Location:** 1C202A (inside)
**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
| --- | --- |
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |


601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

**Auction Information**

**Auction Code:** 1
**Auction Date:** 01/01/2020
**Auction Title:** Holding/Lot Storage - lots that have not been
assigned an auction date

**Payout Information**

**Sam Sweet Trustee**
P.O. Box 757
Ortonville, MI 48462

**Consignor Information**

**Sam Sweet**
**Sam Sweet Trustee**
P.O. Box 757
Ortonville, MI 48462

CID:432595 /SID:NA
Phone: (248) 762-6495

---



**Lot 2-12373**
**Honda WB30XT trash pump 3" includes hose GX160 motor pulls thru and has compression**

Honda WB30XT trash pump 3" includes hose GX160 motor pulls thru and has compression

**Warehouse Location:** 1A4A (inside)
**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |

---



**Lot 2-12374**
**(1) blower fan 1hp 115 volt 3450 rpm**

(1) blower fan 1hp 115 volt 3450 rpm

**Warehouse Location:** 1A4A (inside)
**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |

---



**Lot 2-12375**
**Troy-Built blower/ vac model- TB320BV 31cc with spring assist starting**

Troy-Built blower/ vac model- TB320BV 31cc with spring assist starting

**Warehouse Location:** 1A4A (inside)
**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |

---



**Lot 2-12376**
**Waterway FLO-PRO II**

(3) total model-560-C3C60L

**Warehouse Location:** 1A4C (inside)
**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |

---



**Lot 2-12377**
**(2) Ridgid shop vacs (1) 14 gallon (1) 5 gallon does not include hose**

(2) Ridgid shop vacs (1) 14 gallon (1) 5 gallon does not include hose

**Warehouse Location:** 1B116B (inside)
**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |

---



601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

### Auction Information

**Auction Code:** 1
**Auction Date:** 01/01/2020
**Auction Title:** Holding/Lot Storage - lots that have not been assigned an auction date

### Payout Information

Sam Sweet Trustee
P.O. Box 757
Ortonville, MI 48462

### Consignor Information

Sam Sweet
Sam Sweet Trustee
P.O. Box 757
Ortonville, MI 48462

CID:432595 /SID:NA
Phone: (248) 762-6495

---



**Lot 2-18846**
**(12) 40lb bags of Aqua Salt**

(12) 40lb bags of Aqua Salt

**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |

---



**Lot 2-19650**
**Lot of assorted pool supply items includes pvc fittings, glue, primer, concrete hand tools and more**

Lot of assorted pool supply items includes pvc fittings, glue, primer, concrete hand tools and more

**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |

---



**Lot 2-19651**
**Lot of assorted hand tools includes shovels, rakes, scrapers, hedge trimmer and more**

Lot of assorted hand tools includes shovels, rakes, scrapers, hedge trimmer and more

**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |

---



**Lot 2-19653**
**(1) Spectra Precision Laserplane model- I30 with accessories case and (2) tripods maybe missing...**

(1) Spectra Precision Laserplane model- I30 with accessories case and (2) tripods maybe missing parts

**Warehouse Location:** 1C202A (inside)
**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |

---



**Lot 2-19654**
**(2) Lufkin wheel counters and (1) paint sprayer.**

(2) Lufkin wheel counters and (1) paint sprayer.

**Warehouse Location:** 1C231C (inside)
**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |


601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

**Auction Information**

**Auction Code:** 1
**Auction Date:** 01/01/2020
**Auction Title:** Holding/Lot Storage - lots that have not been
assigned an auction date

**Payout Information**

**Sam Sweet Trustee**
P.O. Box 757
Ortonville, MI 48462

**Consignor Information**

**Sam Sweet**
**Sam Sweet Trustee**
P.O. Box 757
Ortonville, MI 48462

CID:432595 /SID:NA
Phone: (248) 762-6495



**Lot 2-19655**
**Bosch hammer drill 11236VS**

With case and various bits 120 volt

**Warehouse Location:** 1C231C (inside)
**Selling Location:** 2851 James P Cole Blvd, Flint, MI
48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |



**Lot 2-19656**
**(3) assorted electric drills (2) Porter cable (1)**
**Black&Decker heavy duty industrial drill...**

(3) assorted electric drills (2) Porter cable (1) Black&Decker
heavy duty industrial drill also includes router accessories

**Warehouse Location:** 1C216B (inside)
**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |



**Lot 2-19854**
**Lot of (2) Dewalt drills (1) DW130V 1/2" and (1) DW511**
**hammer drill 1/2"**

Lot of (2) Dewalt drills (1) DW130V 1/2" and (1) DW511
hammer drill 1/2"

**Warehouse Location:** 1B102C (inside)
**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |



**Lot 2-19855**
**(1) Milwaukee 18 volt cordless hammer drill with**
**battery and charger also includes (1) hand palm...**

(1) Milwaukee 18 volt cordless hammer drill with battery and
charger also includes (1) hand palm sander

**Warehouse Location:** 1B102C (inside)
**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |


601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

**Auction Information**

**Auction Code:** 1
**Auction Date:** 01/01/2020
**Auction Title:** Holding/Lot Storage - lots that have not been assigned an auction date

**Payout Information**

**Sam Sweet Trustee**
P.O. Box 757
Ortonville, MI 48462

**Consignor Information**

**Sam Sweet**
**Sam Sweet Trustee**
P.O. Box 757
Ortonville, MI 48462

CID:432595 /SID:NA
Phone: (248) 762-6495

---



**Lot 2-19856**
**(1) DeWalt 14.4 cordless drill with charger and (2) batteries also includes (1) DeWalt 7.2...**

(1) DeWalt 14.4 cordless drill with charger and (2) batteries also includes (1) DeWalt 7.2 cordless screwdriver no charger (1) battery

**Warehouse Location:** 1B102C (inside)
**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |

---



**Lot 2-19857**
**Lot of (3) DeWalt drills (2) cordless hammer drills and (1) 1/2" drill driver all 18 volt with (3...**

Lot of (3) DeWalt drills (2) cordless hammer drills and (1) 1/2" drill driver all 18 volt with (3) batteries and charger

**Warehouse Location:** 1B102C (inside)
**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |

---



**Lot 2-19858**
**(2) DeWalt 20 volt lithium cordless drills with charger and battery**

(2) DeWalt 20 volt lithium cordless drills with charger and battery

**Warehouse Location:** 1B102C (inside)
**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |

---



**Lot 2-19859**
**(1) New diving board with hardware also includes various pool ladders and rails.**

(1) New diving board with hardware also includes various pool ladders and rails.

**Warehouse Location:** G8 (inside)
**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |


601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

**Auction Information**

Auction Code: 1
Auction Date: 01/01/2020
Auction Title: Holding/Lot Storage - lots that have not been assigned an auction date

**Payout Information**

**Sam Sweet Trustee**
P.O. Box 757
Ortonville, MI 48462

**Consignor Information**

**Sam Sweet**
**Sam Sweet Trustee**
P.O. Box 757
Ortonville, MI 48462

CID:432595 /SID:NA
Phone: (248) 762-6495

---



**Lot 2-19860**
**(1) Jackson model-MP-575 plastic wheelbarrow with assorted contents**

(1) Jackson model-MP-575 plastic wheelbarrow with assorted contents

**Warehouse Location:** G13 (inside)
**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |

---



**Lot 2-19861**
**(1) Jackson steel wheelbarrow with assorted items**

(1) Jackson steel wheelbarrow with assorted items

**Warehouse Location:** G14 (inside)
**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |

---



**Lot 2-19862**

**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |

---



**Lot 2-19862**
**(18) bags of Aqua Salt 40lb per bag**

(18) bags of Aqua Salt 40lb per bag

**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |

---



**Lot 2-19863**
**(1) Pool cover unknown size**

(1) Pool cover unknown size

**Warehouse Location:** 1C210B (inside)
**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |

---



601 Gordon Industrial Ct. SW
Byron Center, MI 49315
Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

## Auction Information

**Auction Code:** 1
**Auction Date:** 01/01/2020
**Auction Title:** Holding/Lot Storage - lots that have not been assigned an auction date

## Payout Information

**Sam Sweet Trustee**
P.O. Box 757
Ortonville, MI 48462

## Consignor Information

**Sam Sweet**
**Sam Sweet Trustee**
P.O. Box 757
Ortonville, MI 48462

CID:432595 /SID:NA
Phone: (248) 762-6495

---



**Lot 2-19956**
**(1) Ideal Solar pool cover 20'x40' rectangular appears new**

(1) Ideal Solar pool cover 20'x40' rectangular appears new

**Warehouse Location:** 1C205C (inside)
**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |

---



**Lot 2-19957**
**Honda Diaphragm pump3" WDP30X**

Motor has compression, crack in plastic housing

**Warehouse Location:** 1C231C (inside)
**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |

---



**Lot 2-19958**
**Honda trash pump 3" WT30X**

GX270 gas engine has compression

**Warehouse Location:** 1C231C (inside)
**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |

---



**Lot 2-19959**
**Lot of assorted pool supply items includes safety float lines Pentair low voltage supply , soft...**

Lot of assorted pool supply items includes safety float lines Pentair low voltage supply , soft water magic , testing supply's.

**Warehouse Location:** 1C207B (inside)
**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |


601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

**Auction Information**

Auction Code: 1
Auction Date: 01/01/2020
Auction Title: Holding/Lot Storage - lots that have not been
assigned an auction date

**Payout Information**

**Sam Sweet Trustee**
P.O. Box 757
Ortonville, MI 48462

**Consignor Information**

**Sam Sweet**
**Sam Sweet Trustee**
P.O. Box 757
Ortonville, MI 48462

CID:432595 /SID:NA
Phone: (248) 762-6495

---



**Lot 2-19960**
**Lot of assorted pool supply items includes Hayward
turbo cell , safety float lines, electric...**

Lot of assorted pool supply items includes Hayward turbo
cell , safety float lines, electric motor and more

**Warehouse Location:** 1B147A (inside)
**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |

---



**Lot 2-19961**
**Lot of (6) assorted radiator style pool heaters (used)**

Lot of (6) assorted radiator style pool heaters (used)

**Warehouse Location:** 1C267C (inside)
**Selling Location:** 2851 James P Cole Blvd, Flint, MI
48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |

---



**Lot 2-19962**

**Warehouse Location:** 1A4A (inside)
**Selling Location:** 2851 James P Cole Blvd, Flint, MI
48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |

---



**Lot 2-19962**
**Lot of assorted power tools includes sawsall (3)
electric drills**

Lot of assorted power tools includes sawsall (3) electric
drills

**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |

---



**Lot 2-19963**
**(1) Hellcat 4" wet polisher**

(1) Hellcat 4" wet polisher

**Warehouse Location:** 1A4A (inside)
**Selling Location:** 2851 James P Cole Blvd, Flint, MI
48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |

---


601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

**Auction Information**

Auction Code: 1
Auction Date: 01/01/2020
Auction Title: Holding/Lot Storage - lots that have not been
assigned an auction date

**Payout Information**

Sam Sweet Trustee
P.O. Box 757
Ortonville, MI 48462

**Consignor Information**

Sam Sweet
Sam Sweet Trustee
P.O. Box 757
Ortonville, MI 48462

CID:432595 /SID:NA
Phone: (248) 762-6495

---



**Lot 2-19964**
**SgS instruments SLTD 100 Salinity/ TDS/ Temperature Meter**

**Warehouse Location:** 1A4A (inside)
**Selling Location:** 2851 James P Cole Blvd, Flint, MI
48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |

---



**Lot 2-19965**
**A.O. Smith Century pool& spa motor 3/4 hp 115/230 volt 3450 rpm**

**Warehouse Location:** 1A4C (inside)
**Selling Location:** 2851 James P Cole Blvd, Flint, MI
48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |

---



**Lot 2-19966**
**Pentair Super Flo high performance pump 1hp 115/230 volt 1ph model-340038**

Pentair Super Flo high performance pump 1hp 115/230 volt
1ph model-340038

**Warehouse Location:** 1A4C (inside)
**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |

---



**Lot 2-19967**
**(3) Home essentials radiant heaters 1500 watt 115 volt**

(3) Home essentials radiant heaters 1500 watt 115 volt

**Warehouse Location:** 1A4C (inside)
**Selling Location:** 2851 James P Cole Blvd, Flint, MI
48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |

---



**Lot 2-19968**
**Lot of assorted concrete hand tools**

Lot of assorted concrete hand tools

**Warehouse Location:** 1C216B (inside)
**Selling Location:** 2851 James P Cole Blvd, Flint, MI
48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |


601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

**Auction Information**

**Auction Code:** 1
**Auction Date:** 01/01/2020
**Auction Title:** Holding/Lot Storage - lots that have not been assigned an auction date

**Payout Information**

**Sam Sweet Trustee**
P.O. Box 757
Ortonville, MI 48462

**Consignor Information**

**Sam Sweet**
**Sam Sweet Trustee**
P.O. Box 757
Ortonville, MI 48462

CID:432595 /SID:NA
Phone: (248) 762-6495



### Lot 2-19969
**(3) assorted used pumps (1) Haywardpump (1) Centurion switchless motor and (1) water wizard...**

(3) assorted used pumps (1) Haywardpump (1) Centurion switchless motor and (1) water wizard submersible pump

**Warehouse Location:** 1C216B (inside)
**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |



### Lot 2-19970
**Lot of assorted hand tools includes wrenches, sockets hammers tool bags cases (2) buckets of...**

Lot of assorted hand tools includes wrenches, sockets hammers tool bags cases (2) buckets of tools and more

**Warehouse Location:** 1C213A (inside)
**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |



### Lot 2-19971
**(1) Ridgid 14 gallon shop vac and (1) 6 gallon shop vac**

(1) Ridgid 14 gallon shop vac and (1) 6 gallon shop vac

**Warehouse Location:** 1B116A (inside)
**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |



### Lot 2-19972
**Lot of assorted pool supply items includes Hayward turbo cell Hayward max flo pump 1x8dual tubes...**

Lot of assorted pool supply items includes Hayward turbo cell Hayward max flo pump 1x8dual tubes valves and more

**Warehouse Location:** 1C213C (inside)
**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |



### Lot 2-19973
**Makita DPC-7100 12" gas powered concrete chop saw motor has compression**

Makita DPC-7100 12" gas powered concrete chop saw motor has compression

**Warehouse Location:** 1A13A (inside)
**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |


601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

**Auction Information**

**Auction Code:** 1
**Auction Date:** 01/01/2020
**Auction Title:** Holding/Lot Storage - lots that have not been assigned an auction date

**Payout Information**

Sam Sweet Trustee
P.O. Box 757
Ortonville, MI 48462

**Consignor Information**

Sam Sweet
Sam Sweet Trustee
P.O. Box 757
Ortonville, MI 48462

CID:432595 /SID:NA
Phone: (248) 762-6495

---



**Lot 2-19974**
**(3) DeWalt 18 volt cordless drills with job site radio and milk Creat with assorted batteries and...**

(3) DeWalt 18 volt cordless drills with job site radio and milk Creat with assorted batteries and hand tools

**Warehouse Location:** 1A13A (inside)
**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |

---



**Lot 2-19975**
**Lot of assorted hand tools includes rakes, brooms, shovels,small tool box and bucket filled with...**

Lot of assorted hand tools includes rakes, brooms, shovels,small tool box and bucket filled with assorted items

**Warehouse Location:** 1B131C (inside)
**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |

---



**Lot 2-19976**
**Lot of assorted pool lights some new some used brands includes Pentair, Elite, and more**

Lot of assorted pool lights some new some used brands includes Pentair, Elite, and more

**Warehouse Location:** 1B128A (inside)
**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |

---



**Lot 2-19977**
**Lot of assorted pool supply items includes shock, skimmers, poles vacuum hose extension cord and...**

Lot of assorted pool supply items includes shock, skimmers, poles vacuum hose extension cord and more

**Warehouse Location:** 1B158C (inside)
**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |



601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

**Auction Information**

**Auction Code:** 1
**Auction Date:** 01/01/2020
**Auction Title:** Holding/Lot Storage - lots that have not been assigned an auction date

**Payout Information**

**Sam Sweet Trustee**
P.O. Box 757
Ortonville, MI 48462

**Consignor Information**

**Sam Sweet**
**Sam Sweet Trustee**
P.O. Box 757
Ortonville, MI 48462

CID:432595 /SID:NA
Phone: (248) 762-6495

---



**Lot 2-19978**
**Lot of assorted hand tools includes shovels, pick axe, sledgehammers and more**

Lot of assorted hand tools includes shovels, pick axe, sledgehammers and more

Warehouse Location: 34 (outside)
**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |

---



**Lot 2-19979**
**Honda General 330 2- man hole digger includes (2) auger bits**

Honda General 330 2- man hole digger includes (2) auger bits

**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |

---



**Lot 2-19980**
**Lot of assorted rakes, and shovels**

Lot of assorted rakes, and shovels

**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |

---



**Lot 2-19981**
**Lot of assorted pool supply items includes (1) Waterway renegade wide mouth vinyl liner in ground...**

Lot of assorted pool supply items includes (1) Waterway renegade wide mouth vinyl liner in ground skimmer (1) Hayward wide track auto skimmer and (1) trash receptacle with assorted trims and gaskets.

**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |


601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

**Auction Information**

**Auction Code:** 1
**Auction Date:** 01/01/2020
**Auction Title:** Holding/Lot Storage - lots that have not been
assigned an auction date

**Payout Information**

**Sam Sweet Trustee**
P.O. Box 757
Ortonville, MI 48462

**Consignor Information**

**Sam Sweet**
**Sam Sweet Trustee**
P.O. Box 757
Ortonville, MI 48462

CID:432595 /SID:NA
Phone: (248) 762-6495

---



**Lot 2-31166**
**Pentair super flo high performance pump 1hp 230/115
volt 1ph with hose**
**Selling Location:** 2851 James P Cole Blvd, Flint, MI
48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |

---



**Lot 2-31167**
**(1) Trumper steel wheelbarrow with wood handles**
(1) Trumper steel wheelbarrow with wood handles
**Selling Location:** 2851 James P Cole Blvd, Flint, MI
48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |

---



**Lot 2-31168**
**Coleman power mate 11gallon 4hp air compressor 115
volt**
Includes hose.
**Selling Location:** 2851 James P Cole Blvd, Flint, MI
48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |

---



**Lot 2-31169**
**(1) Remington 35,000 but kerosene heater and (1) 5
gallon shop vac**
(1) Remington 35,000 but kerosene heater and (1) 5 gallon
shop vac
**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |

---



**Lot 2-31170**
**Lot of assorted items includes tape measures
Bluetooth speaker, fittings, gas cans, and more**
Lot of assorted items includes tape measures Bluetooth
speaker, fittings, gas cans, and more
**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |


601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

**Payout Information**

**Sam Sweet Trustee**
P.O. Box 757
Ortonville, MI 48462

**Auction Information**

**Auction Code:** 1
**Auction Date:** 01/01/2020
**Auction Title:** Holding/Lot Storage - lots that have not been assigned an auction date

**Consignor Information**

**Sam Sweet**
**Sam Sweet Trustee**
P.O. Box 757
Ortonville, MI 48462

CID:432595 /SID:NA
Phone: (248) 762-6495



**Lot 2-31171**
**Lot of assorted suction hoses**

Lot of assorted suction hoses

**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |

| | |
|---|---|
| Sales Total | $0.00 |
| Less Commission | $0.00 |
| Less Commission Fees | $0.00 |
| Less Liens | $0.00 |
| Less Expenses | $0.00 |
| **Statement Total** | **$0.00** |
| Payments Made | $0.00 |
| **Total Due** | **$0.00** |

| Repocast.com Wayland | Repocast.com Byron Center | Repocast.com Flint |
|---|---|---|
| 3450 12th Street | 601 Gordon Industrial Ct. SW | 2851 James P Cole Blvd |
| Wayland, MI 49348 | Byron Center, MI 49315 | Flint, MI 48505 |
| Phone: (616) 261-4982 | Phone: (616) 261-4988 | Phone: (248) 627-5200 |
| Phone: (866) 550-7376 | Phone: (866) 550-7376 | Phone: (866) 550-7376 |
| Fax: (269) 792-0188 | Fax: 616-261-4989 | Fax: 248-627-5300 |
| Email: info@repocast.com | Email: info@repocast.com | Email: info@repocast.com |
| Monday: 9:00 AM - 4:00 PM | Monday: 9:00 AM - 5:00 PM | Monday: 9:00 AM - 4:00 PM |
| Tuesday: 9:00 AM - 4:00 PM | Tuesday: 9:00 AM - 7:00 PM | Tuesday: 9:00 AM - 6:00 PM |
| Wednesday: 9:00 AM - 4:00 PM | Wednesday: 9:00 AM - 5:00 PM | Wednesday: 9:00 AM - 4:00 PM |
| Thursday: 9:00 AM - 4:00 PM | Thursday: 9:00 AM - *6:00 PM* | Thursday: 9:00 AM - 6:00 PM |
| Friday: 9:00 AM - 4:00 PM | Friday: 8:00 AM - 4:30 PM | Friday: 9:00 AM - 4:00 PM |
| Saturday: 9:00 AM - 12:00 PM | Saturday: 8:00 AM - 3:00 PM | Saturday: 9:00 AM - 12:00 PM |

All Times Are Eastern Standard Time

*Thursday: Open until 8:00PM for Inspection
All Times Are Eastern Standard Time

All Times Are Eastern Standard Time

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - FLINT**

IN THE MATTER OF:

Pietila Pools - Howell, Inc.,

                Debtor.

_____/

Bankruptcy Case No. 17-31712
Honorable Daniel S. Opperman
Chapter 7

### NOTICE OF REQUIREMENT OF WRITTEN RESPONSE TO TRUSTEE'S MOTION TO CONDUCT PUBLIC AUCTION SALE VIA ONLINE AUCTION OF PERSONAL PROPERTY FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES AND ALL LIENS AND ENCUMBRANCES ATTACHING TO THE PROCEEDS OF SALE PURSUANT TO 11 U.S.C. §363(f)

        Trustee, Samuel D. Sweet, has filed papers with the Court for the approval to conduct a public auction sale of personal property of the estate free and clear of all liens and encumbrances with all liens and encumbrances attaching to the proceeds of the sale. The auction is to be conducted by Repocast.com, a Miedema Company, and is scheduled for November 2, 2017, from 8 a.m. until 8 p.m. via an online auction, www.1800lastbid.com.

        **<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

        If you do not want the Court to allow the Trustee's Motion to Conduct Public Auction Sale of Personal Property, or if you want the Court to consider your views on the Motion, within twenty (20) days, you or your attorney must:

1.    File with the Court a written response or an answer which must comply with F.R.Civ.P. 8(b), (c) and (e) explaining your position pursuant to L.B.R. 9014-1 at:

        Clerk of the United States Bankruptcy Court
        Eastern District of Michigan-Southern Division
        226 West Second Street, Flint, MI 48502

    If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

    You must also mail a copy to:
Samuel D. Sweet, Attorney for Trustee [See address and telephone number below]

2.    If a response or answer is timely filed and served, the Clerk will schedule a hearing on the motion/objection and you will be served with a notice of the date, time and location of the hearing.

        **If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an Order granting that relief.**

        SAMUEL D. SWEET, PLC

        /s/ Samuel D. Sweet
        By: Samuel D. Sweet (P48668)
        Attorney for Trustee
        P.O. Box 757
        Ortonville, MI 48462-0757
Date Served:   10/3/2017     (248) 236-0985
        ssweet@trusteesweet.us

¹Response or answer must comply with F.R. Civ. P 8 (b) (c) and (e)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION - FLINT

**IN THE MATTER OF:**

Pietila Pools - Howell, Inc.,

Bankruptcy Case No. 17-31712
Honorable Daniel S. Opperman
Chapter 7

                Debtor.

_____/

## CERTIFICATE OF SERVICE

      I hereby certify that on ___10/3/2017__, I served the following paper:

Trustee's Motion to Conduct Public Auction Sale of Personal Property of the Estate Via Auction Sale Free and Clear of All Liens and Encumbrances with All Liens and Encumbrances Attaching to the Proceeds of Sale Pursuant to 11 U.S.C. § 363(f); Proposed Order; Notice to Creditors and Other Parties of Interest Regarding Application for Professional Fees Pursuant to Fed.R.Bankr.P.2002 and Notice of the Right to Object; this Certificate of Service; and Exhibit List with Exhibits

on the following parties at these addresses:

Pietila Pools-Howell, Inc.
271 Eager Road
Howell, Michigan 48843-9731

Michael D. Lieberman
Attorney for Debtor
mike@lgcpllc.com
(via ECF transfer only)

Duane Mingerink
Repocast.com, a Miedema Company
duane@1800lastbid.com
(Via Email Only)

**** A COPY OF THE NOTICE OF TRUSTEE'S MOTION WAS ALSO SERVED UPON ALL PARTIES ON THE ATTACHED COURT MATRIX. ****

by the following means:

United States first-class mail

                        /S/ SAMUEL D. SWEET
                        Samuel D. Sweet (P48668)
                        Samuel D. Sweet, PLC
                        Attorney for Trustee
                        P.O. Box 757
                        Ortonville, MI 48462-0757
                        (248) 236-0985
                        ssweet@trusteesweet.us